In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-452 CR


____________________



CALVIN LEE COOPER, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 82712






MEMORANDUM OPINION


 Calvin Lee Cooper, Jr., was convicted and sentenced on an indictment for attempted
capital murder. Cooper filed a notice of appeal on October 10, 2005. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On October 18, 2005, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The parties have not
identified any issues that distinctly relate to punishment rather than to the decision to
adjudicate, and the record has not been supplemented with an amended certification. 
Because a certification that shows the defendant has the right of appeal has not been made
part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered December 7, 2005

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.